UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| ALLA I. SHUPER, | ) |
|     Plaintiff | ) ) ) |
| v. | )   Civil No. 10-cv-205-P-S |
| FEDERAL MANAGEMENT COMPANY, INC., et al., | ) ) ) ) |
|     Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on August 9, 2010, her Amended Recommended Decision (Docket No. 32). Plaintiff filed her Objection to the Recommended Decision (Docket No. 25) on August 16, 2010. Defendants filed their Response to Plaintiff's Objection to the Recommended Decision (Docket No. 29) on September 1, 2010.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that the Partial Motion to Dismiss (Docket No. 10) filed by Defendants Federal Management Company, Inc. and Codman-Portland Associates is **GRANTED**.

3. It is hereby **ORDERED** that the Partial Motion to Dismiss (Docket No. 14) filed by Defendants Peter Lewis, John Desjardins and Rebecca Chandler is **GRANTED**.

/s/George Z. Singal_____
U.S. District Judge

Dated: September 7, 2010